NUMBER 13-07-00503-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN RE: NABORS DRILLING USA, LP AND CARLOS HERNANDEZ
 

_____________________________________________________________


On Petition for Writ of Mandamus from the 93rd District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Relators, Nabors Drilling USA, LP, and Carlos Hernandez, filed a petition for writ of
mandamus with a motion for temporary relief in the above cause on August 15, 2007. 
Through the petition, relators asked this Court to vacate an order of the trial court denying
their motion to compel arbitration, and issue a writ of mandamus requiring the trial court
to compel the requested arbitration. 

 The Court granted the motion for temporary relief and ordered stayed all
proceedings in the trial court pending further order of this Court, or until the case is finally
decided. See Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting
temporary relief is effective until the case is finally decided."). The Court further requested,
and received, a response to the petition for writ of mandamus from the real party in
interest, Jorge Nava. 

 The real party in interest has now filed a motion to dismiss this original proceeding
on grounds that he has filed a demand for arbitration, and accordingly, the petition for writ
of mandamus is moot. Relators have not filed a response to this motion to dismiss, and
more than ten days have elapsed since this motion was filed. See id. 10.3.

 The Court, having considered the documents on file and the real party in interest's 
motion to dismiss this original proceeding, is of the opinion that the motion should be
granted. The motion to dismiss is GRANTED, and this petition for writ of mandamus is
hereby DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of March, 2008.